**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHEYENNE H., by and through her parents, Elizabeth H. and David H., and ELIZABETH H. and DAVID H. individually,<br><br>Plaintiff,<br><br>v.<br><br>PLEASANT VALLEY SCHOOL DISTRICT,<br><br>Defendant. | CIVIL ACTION NO. 3:25-cv-01526<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 2nd day of November, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendants' motion to dismiss (Doc. 16) is **DENIED**;

5. The defendant shall file its answer to the complaint within **fourteen (14)** days after entry of this Order.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge